**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-7002**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

EDITH ANIBAL GARCIA,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CR-94-
256-L, CA-98-2448-L)

─────────

Submitted:  January 17, 2002        Decided:  January 28, 2002

─────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Edith Anibal Garcia, Appellant Pro Se.  John Francis Purcell, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edith Anibal Garcia seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Garcia's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Garcia, Nos. CR-94-256-L, CA-98-2448-L (D. Md. May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2